**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**SEAN R. MCCLURE**                                                       **PLAINTIFF**

**v.**                      **CASE NO. 1:13CV00086 BSM**

**WARDEN WHEATLEY**                                        **DEFENDANT**

## ORDER

Pursuant to the order dated October 1, 2013 [Doc. No. 5], McClure was directed to pay the $400 filing fee or file a motion to proceed *in forma pauperis* within thirty days. McClure was informed that failure to respond could result in the dismissal without prejudice of this lawsuit for failure to prosecute. As of this date, McClure has not submitted the filing fee or filed an IFP motion. As the complaint is now in violation of Local Rule 5.5(c)(2), it is dismissed without prejudice.

IT IS SO ORDERED this 14th day of November 2013.

_____
UNITED STATES DISTRICT JUDGE