# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

SEAN R. MCCLURE                                                                             PLAINTIFF

v.                              CASE NO. 1:13CV00086 BSM

WARDEN WHEATLEY                                                                        DEFENDANT

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 14th day of November 2013.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE