IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

SEAN R. MCCLURE                                                                    PLAINTIFF

v.                                    CASE NO. 1:13CV00086 BSM

WARDEN WHEATLEY                                                              DEFENDANT

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 14th day of November 2013.

_____
UNITED STATES DISTRICT JUDGE